# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YAT-MING-WU, | |
| Plaintiff, | Case No. 2:12-CV-00160-KJD-VCF |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., *et al*., | |
| Defendants. | |

Presently before the court is *pro se* plaintiff Yat Ming Wu's Motion for Preliminary Injunction (#4).  Defendants Countrywide Home Loans, Inc. and Recontrust Company, N.A., have not been served in this action.  Therefore, defendants have not opposed this motion.  Pursuant to Federal Rule of Civil Procedure 64, "the court may issue a preliminary injunction only on notice to the adverse party." FED. R. CIV. P. 65.  Here, Defendants have not been served and have no notice of Plaintiff's motion.

Furthermore, Plaintiff's Motion to Extend Time (#8) is denied, because Defendants have not filed a motion to dismiss or motion for judicial notice.  Furthermore, Plaintiff has not filed a motion to amend.

Accordingly, IT IS HEREBY ORDERED that *pro se* Plaintiff Yat Ming Wu's Motion for Preliminary Injunction (#4) is **DENIED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time (#8) is **DENIED**.

DATED this 30TH day of March 2012.

_____
Kent J. Dawson
United States District Judge