UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YAT MING WU,

    Plaintiff,

v.

COUNTRYWIDE HOME LOAN, *et al*.,

    Defendants.

Case No. 2:12-CV-00160-KJD-VCF

**ORDER**

    Plaintiff's Complaint was filed on January 31, 2012. On April 25, 2012, Plaintiff filed an amended complaint. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than August 23, 2012.

    On May 14, 2012, Plaintiff filed Affidavit of Service (#14) attempting to show service of the summons and complaint. However, the forms reveal that even if service was attempted it was executed by Plaintiff himself. Federal Rule of Civil Procedure 4(c)(2) requires that a person, not a party to the case or action, serve the summons and complaint. Therefore, proof of service in compliance with Rule 4 has not been filed. Any proof of service filed must demonstrate that a party other than Plaintiff served the **summons and complaint**.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including September 14, 2012 to file proof of service of the summons and complaint within the allowed time. Plaintiff must also show that the form of service executed by Plaintiff is expressly allowed by the Federal Rules of Civil Procedure. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED this 27th day of August 2012.

_____
Kent J. Dawson
United States District Judge